JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS REYES HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA BARBARA, BRIAN SATHRE, THOMAS VANEYCK and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 15-8402-DMG (PLAx)<br><br>**ORDER ON STIPULATION TO DISMISS THE MATTER [32]** |

The court has reviewed and considered the parties' stipulation to dismiss the action against THE CITY OF SANTA BARBARA, BRIAN SATHRE and THOMAS VANEYCK with prejudice pursuant to Federal Rules of Civil Procedure 41(a). GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED: This matter is dismissed with prejudice. All scheduled dates and deadlines are VACATED.

DATED: October 4, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1